IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO SMITH,

      Petitioner,                       No. CIV S-07-1699 LKK DAD P

      vs.

BOARD OF PRISON HEARINGS,
et al.,

      Respondents.                ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Board of Prison Hearing's 2006 decision to deny him parole. Petitioner has paid the filing fee.

      "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the Board of Prison Hearings as respondent in this action. The Board of Prison Hearings is not the proper respondent in this action. Accordingly, the instant petition must be dismissed with leave to amend. See Stanley, 21 F.3d at 360. In his amended petition, petitioner must name as the respondent the warden of the facility where he is incarcerated.

/////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Petitioner's application for writ of habeas corpus is dismissed with leave to file
3    an amended petition within thirty days from the date of this order;

4    2. Any amended petition must be filed on the form employed by this court, must
5    name the proper respondent, and must state all claims and prayers for relief on the form.  It must
6    bear the case number assigned to this action and must bear the title "Amended Petition"; and

7    3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
8    application.

9    DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit1699.122