IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO SMITH,** | 2:07-cv-01699-LKK-DAD |
| Petitioner, | **ORDER** |
| v. | |
| **BOARD OF PRISON HEARINGS,** | |
| Respondent. | |

On January 2, 2008, Respondent requested an extension of time to file a response to the Petition for Writ of Habeas Corpus filed by Antonio Smith. Good cause appearing, the request is GRANTED. IT IS HEREBY ORDERED that Respondent shall file a response by February 18, 2008.

DATED: January 7, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/smit1699.111